*Wednesday, November 8, 1995*

## DISCRETIONARY APPEALS ALLOWED

**95–650.** Kulch v. Structural Fibers, Inc. *Geauga County*, No. 93–G–1824. On motion to dissolve/lift stay and on motion to strike. Motion to dissolve/lift stay granted; *sua sponte*, discretionary appeal allowed.

MOYER, C.J., and COOK, J., dissent.

WRIGHT, J., would hold this cause for the decision in 95–100, *Trader v. People Working Cooperatively, Inc.*, Hamilton County, No. C–930716.

## MOTION DOCKET

**93–2179.** State v. Lundgren. *Lake County*, Nos. 90–L–15–140 and 91–L–036. On motion for stay of execution. Motion granted.

**93–2377.** State v. Allen. *Cuyahoga County*, No. 62275. On motion for stay of execution. Motion granted.

**94–355.** State v. Hill. *Hamilton County*, No. C–920497. On motion for stay of execution pending filing and disposition of appeal to the United States Supreme Court. Motion granted.

**94–372.** State v. Joseph. *Allen County*, No. 1–91–11. On motion for stay of execution. Motion granted.

**94–756.** State v. Gumm. *Hamilton County*, No. C–920907. On motion for stay of execution pending filing and disposition of appeal to the United States Supreme Court. Motion granted.

**95–161.** Trustees of the Gen. Elec. Pension v. Hocking Cty. Bd. of Revision. Board of Tax Appeals, No. 94–J–570. On joint motion to remand to Board of Tax Appeals to implement settlement. Motion granted.

F.E. SWEENEY, J., dissents.

**95–1551.** State ex rel. Waldick v. Williams. *Van Wert County*, No. 15–95–6. On motion to expedite. Motion granted.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

*Thursday, November 9, 1995*

## DISCIPLINARY DOCKET

**95–2215.** In re Atkin. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Sanford I. Atkin of Cleveland, Ohio, Attorney Registration No. 0020746, is indefinitely suspended from the practice of law in the state of Ohio.